Case 07-06442 Doc 24 Filed 10/26/07 Entered 10/30/07 08:21:42 Desc Main
Document Page 1 of 1

07-06442:21.1:Motion to Dismiss Case for Abuse 707(b):Proposed Order Entered: 10/5/2007 3:21:49 PM by:Kathryn Gleason Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| | ) | |
| Tatyama Reznik, | ) | CASE NO. 07 B 06442 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |

### ORDER EXTENDING TIME FOR THE U.S. TRUSTEE
### TO FILE A MOTION TO DISMISS UNDER § 707(B)

This cause coming to be heard on the motion of the United States Trustee for an extension of time to file a motion to dismiss under § 707(b), due notice having been given:

**IT IS HEREBY ORDERED** that the last day for the U.S. Trustee to file a motion to dismiss under § 707(b) is extended through and including **January 8, 2008.** FINAL EXTENSION.

DATED: **OCT 26 2007**

HONORABLE A. BENJAMIN GOLDGAR
UNITED STATES BANKRUPTCY JUDGE