IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| | ) | |
| Tatyama Reznik, | ) | CASE NO. 07 B 06442 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |

## ORDER EXTENDING TIME FOR THE U.S. TRUSTEE TO OBJECT TO DISCHARGE

This cause coming to be heard on the motion of the United States Trustee for an extension of time to file an objection to discharge, due notice having been given:

**IT IS HEREBY ORDERED** that the last day for the U.S. Trustee to file a complaint objecting to Debtor's discharge is extended through and including **January 8, 2008**. *FINAL EXTENSION.*

DATED: **OCT 26 2007**

HONORABLE A. BENJAMIN GOLDGAR
UNITED STATES BANKRUPTCY JUDGE